RELLIS REALTY CORPORATION, Appellant, v. ALKAHAR ASSOCIATES, INC., and Others, Defendants, Impleaded with GEST HOLDING Co., INC., and GEORGE SCHOR, Respondents.— Order amending judgment affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents.

JACOB ROGOWSKY and Others, Landlords, Appellants, v. NABELK HOLDING CORPORATION and RHEBEM THEATRES CORPORATION, Tenants, Respondents.— Appeal discontinued upon stipulation. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ERNEST W. RUESTOW, Respondent, v. SAMUEL MILLER, Appellant, and GUSSIE MILLER, Defendant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ANDREA SICHENZE and MICHELA SICHENZE, Respondents, v. ANTONIO MASSA and HELEN MASSA, Appellants.— Order denying defendants' motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order denying motion for reargument dismissed, as such an order is not appealable. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MORRIS SIEGER, an Infant, by LOUIS SIEGER, His Guardian ad Litem, Respondent, v. ABRAHAM FELDMAN and EVA FELDMAN, Appellants.— Judgment affirmed, with costs. No opinion. Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that respondent was a licensee and that upon the part of appellants there was no willful or wanton act which caused the injury.

ALEXANDER W. SIELCKEN, Plaintiff, v. ROLAND STEEL Co., INC., Defendant. THEODORE HAEBLER, Judgment Creditor, Appellant; GILBERT H. CRAWFORD, as Sole Permanent Receiver of ROLAND STEEL Co., INC., Respondent.— Order denying motion to direct the receiver to pay over certain moneys to Theodore Haebler modified by directing the receiver to pay out of the receivership fund $646.35, with interest from May 19, 1930, and the costs and disbursements on this appeal unless, within five days from service of a copy of the order herein, the receiver furnish a bond, with corporate surety, to pay the said $646.35 and the costs on this appeal in the event that the judgment, so far as it relates to costs in the action of *Haebler* v. *Crawford*, be affirmed. As thus modified the order is affirmed, with ten dollars costs and disbursements. (*Matter of Carnegie Trust Co.*, 161 App. Div. 280; *Columbian Ins. Co.* v. *Stevens*, 37 N. Y. 536; *Locke* v. *Covert*, 42 Hun, 484.) Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.